**MEMO ENDORSED**

# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

August 14, 2024

**VIA ECF**

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**Re:    Trask-Huggins v. Garnet Health Medical Center - Catskills, et al.
           No. 7:23-cv-03758-NSR-JCM**

Dear Judge Román:

We represent Defendants in the above referenced matter. We write pursuant to Section 1(E) of Your Honor's Individual Rules of Practice to respectfully request an adjournment of the Status Conference scheduled for October 29, 2024 at 10:00 a.m.

Pursuant to Section 1(E) of Your Honor's Individual Rules of Practice: (1) the original date of the Status Conference is October 29, 2024 at 10:00 a.m.; (2)-(3) the Parties have not made a prior request to adjourn this Status Conference; (4) the reason for this request is because Magistrate Judge Judith C. McCarthy has extended the deadline for fact discovery from September 16, 2024 to November 8, 2024; (5) this is a joint request on behalf of the Parties; and (6) the Parties are available on November 12 or 14 for the Status Conference, subject to Your Honor's availability.

Thank you for your courtesy in this regard.

Respectfully Submitted,

*/s/ Joseph A. Saccomano, Jr.*

Joseph A. Saccomano, Jr.
(914) 872-6903
Joseph.Saccomano@jacksonlewis.com

cc:    Ron Berutti, Plaintiff's Counsel (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/20/2024

**In light of the extension of the discovery deadlines, the parties' request to adjourn the Oct. 29, 2024 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned from Oct. 29, 2024 to Jan. 28, 2025 at 10:00 am. Counsel are directed to this Court's Order at ECF No. 27 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 36.
Dated: September 20, 2024
            White Plains, NY**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE