UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA TRASK-HUGGINS.,

Plaintiff,

-against-

GARNET HEALTH MEDICAL CENTER – CATSKILLS ET AL.,

Defendants.

23 CIVIL 03758 (NSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated August 20, 2026, Defendant's motion for summary judgment is GRANTED in its entirety and Plaintiff's cross-motion for partial summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
August 21, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**